UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
GEOFFREY M. BANKS,                  :
                                    :   CASE NO. 1:14-CV-01945
            Petitioner,             :
                                    :
    v.                              :   OPINION & ORDER
                                    :   [Resolving Doc. 8]
JASON BUNTING, Warden,              :
                                    :
            Respondent.             :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Petitioner Geoffrey Banks moves to dismiss, without prejudice, his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.[1] On May 18, 2015, Magistrate Judge Kathleen B. Burke issued an Interim Report and Recommendation (R&R) recommending that the Court deny Banks' motion.[1] Banks has not filed an objection to the R&R.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[2] Parties must file any objections to an R&R within fourteen days of service.[3] Failure to object within that time waives a party's right to appeal the Magistrate Judge's recommendation.[4] Absent objection, a district court

---

[1] Doc. 8.
[1] Doc. 11.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).
[4] *Id.*; see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Case No. 1:14-CV-01945
Gwin, J.

may adopt the Magistrate Judge's report without review.[5]

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's findings of fact and conclusions of law and incorporates them fully herein by reference.  The Court **DENIES** Banks' motion to dismiss his petition without prejudice.

IT IS SO ORDERED.


Dated: June 15, 2015                                    s/     *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE

---

[5] *Thomas*, 474 U.S. at 149.